# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Emilio Rivera-Arciga | Case No: 14-20060<br>USM No: 49203039 |
| Date of Original Judgment: 10/21/2014<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Elias J. Escobedo Jr.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible for a reduction of sentence because he was sentenced to the mandatory minimum on each count.

Except as otherwise provided, all provisions of the judgment dated 10/21/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 11, 2018              s/Victoria A. Roberts
                                                           *Judge's signature*

Effective Date: _____              Victoria A. Roberts, U.S. District Judge
*(if different from order date)*              *Printed name and title*